UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MICHAEL MORGAN,

                    Petitioner,

        -against-

SHERIFF ARTETET,

                    Respondent.

25-CV-6147 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated October 24, 2025, the Court directed Petitioner to file an amended petition for a writ of *habeas corpus* within 60 days. That order specified that failure to comply would result in denial of the petition. Petitioner has not filed an amended petition. Accordingly, the petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, is denied without prejudice.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   April 27, 2026
         New York, New York

                                            _____
                                            Louis L. Stanton
                                            U.S.D.J.