UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MICHAEL MORGAN,

                        Petitioner,

            -against-

SHERIFF ARTETET.,

                        Respondent.

25-cv-6147 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, the petition for a writ of habeas corpus

under 28 U.S.C. § 2254, is denied without prejudice.

SO ORDERED.


Dated:   April 30, 2026
         New York, New York


                              /s/ Louis L. Stanton
                                  Louis L. Stanton
                              United States District Judge