UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MICHAEL MORGAN,

                    Petitioner,

          -against-                                            25-CV-6147 (LLS)

SHERIFF ARTETET,                                                 ORDER

                    Respondent.

LOUIS L. STANTON, United States District Judge:

        Petitioner brought this action *pro se*. By order dated April 27, 2026, and entered on April

29, 2026, the Court denied the petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. (ECF

6.) The Clerk of Court entered judgment on April 30, 2026. (ECF 7.) On June 12, 2026, in part in

response to a notice from the United State Court of Appeals for the Second Circuit, the Court

denied as unnecessary Petitioner's motion for an extension of time to file a notice of appeal and

his motion to proceed *in forma paupers* on appeal. The Court of Appeals has now requested that

the Court make a ruling on Petitioner's certificate of appealability.

        Because the petition makes no substantial showing of a denial of a constitutional right, a

certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

SO ORDERED.

Dated:    June 18, 2026
          New York, New York

                                                _____
                                                      Louis L. Stanton
                                                        U.S.D.J.